**Timothy Peter BAKER,**
**Plaintiff–Appellant,**

v.

**Janet NAPOLITANO, Secretary**
**of Homeland Security,**
**Defendant–Appellee,**

and

**Amy Katharine Johnson and Ryan**
**Wedlund, Defendants.**

No. 2009–1533.

United States Court of Appeals,
Federal Circuit.

Dec. 17, 2009.

Alex F. Lankford IV, U.S. Attorneys Office, Mobile, AL, for Defendant–Appellee.

Timothy Peter Baker, Mobile, AL, pro se.

Before MICHEL, Chief Judge,
SCHALL and LINN, Circuit Judges.

ON MOTION

PER CURIAM.

*ORDER*

The parties respond to the court's November 2, 2009 order directing a response as to whether this appeal should be transferred to the United States Court of Appeals for the Eleventh Circuit or dismissed.

Timothy Peter Baker appeals from a decision of the United States District Court for the District of Alabama, dismissing his complaint with prejudice. Baker's complaint alleged wrongdoing stemming from a prior settlement agreement between Baker and the Department of Homeland Secretary. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Because this case does not fall within our jurisdiction, we transfer this appeal to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The motion to transfer is granted. The appeal is transferred to the United States Court of Appeals for the Eleventh Circuit.